IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DONALD A. BRYANT                                                              PLAINTIFF

v.                              Case No. 4:13-cv-00376-KGB

UNITED STATES ATTORNEY                                                   DEFENDANT

**ORDER**

On July 29, 2013, plaintiff Donald Bryant submitted for filing a two-page statement, titled "Statement – Your Day in Court", along with a file containing various documents. These documents included several records that listed Mr. Bryant's birth date, social security number, tax-payer identification number, and financial-account numbers. Rule 5.2(a) of the Federal Rules of Civil Procedure requires filings to be redacted to include only the year of an individual's birth and only the last four digits of the social security number, tax-payer identification number, and financial account numbers. Fed. R. Civ. P. 5.2(a). Mr. Bryant may waive the protection of this rule as to his own information by filing it without redaction and not under seal, should he choose to do so. Fed. R. Civ. P. 5.2(h).

The documents Mr. Bryant submitted with his July 29, 2013 "Statement – Your Day in Court" also included several documents listing the social security number and financial account numbers of another individual, Alice Clay. Mr. Bryant has no authority to waive the protections of Rule 5.2(a) as to the information of another individual. Pursuant to Rule 5.2(d), the Clerk is directed to file the documents Mr. Bryant submitted with his July 29, 2013 "Statement – Your Day in Court" under seal.

Mr. Bryant is hereby ordered to file a redacted version for public record of the documents he submitted with his July 29, 2013 "Statement – Your Day in Court" within 14 days of this Order. Mr. Bryant is directed to redact the documents to include only the year of an individual's

birth and only the last four digits of an individual's social security number, tax-payer identification number, and financial account numbers.  Mr. Bryant may choose not to redact his own birth date, social security number, tax-payer identification number, and financial account numbers, with the understanding that his failure to do so will result in a waiver of the protection of Rule 5.2(a) and that this information will be filed for public record.  However, he must redact the birth date, social security number, tax-payer identification number, and financial-account numbers of any other individual.

SO ORDERED this 12th day of August, 2013.

_____
Kristine G. Baker
United States District Judge