**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**DONALD A. BRYANT**                                                                                    **PLAINTIFF**

v.                                         **Case No. 4:13-cv-00376-KGB**

**UNITED STATES ATTORNEY**                                                               **DEFENDANT**

### ORDER

On July 29, 2013, plaintiff Donald Bryant submitted for filing a two-page statement, titled "Statement – Your Day in Court", along with a file containing various documents that were not redacted pursuant to Rule 5.2(a) of the Federal Rules of Civil Procedure. By prior Order, the Court directed the Clerk to file these documents under seal and ordered Mr. Bryant to file a redacted version for public record of the documents he submitted with his July 29, 2013, "Statement – Your Day in Court" within 14 days of that Order (Dkt. No. 14).

It has come to the Court's attention that the documents Mr. Bryant submitted with his July 29, 2013 "Statement – Your Day in Court" contained the original copies of several important, personal documents, such as Mr. Bryant's birth certificate. The Clerk is directed to release all documents back to Mr. Bryant with the understanding that Mr. Bryant will resubmit these documents to the Court for filing with copies, not originals, of any important, personal documents that should remain in his possession and redacted copies, not originals, of any documents that require redaction in accordance with the Court's prior Order (Dkt. No. 14).

SO ORDERED this 21st day of August, 2013.

_____
Kristine G. Baker
United States District Judge